**MEMO ENDORSED**

 **ZwillGen**      1900 M Street NW, Suite 250, Washington, DC 20036
(202) 296 3585

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/4/24
```

Jeffrey G. Landis
(202) 706-5203
jeff@zwillgen.com

December 22, 2023

*Via ECF*
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

      Re:    Consent Request to Stay All Case Deadlines
                *Winston v. Peacock TV LLC*, Case No. 1:23-cv-08191-ALC

Dear Judge Carter:

      Pursuant to Federal Rule of Civil Procedure 6(b)(1), Local Rule 7.1(d), and the Court's Individual Practices, Defendant Peacock TV LLC ("Defendant") and Plaintiff Holly Winston ("Plaintiff") (jointly, the "Parties"), seek a 60-day stay of all case deadlines, through and including February 20, 2024, while the Parties explore the possibility of a resolution of this matter.

      Plaintiff filed her Complaint on September 15, 2023 (ECF No. 1), and Defendant's current deadline to respond to the Complaint is January 8, 2024 (ECF No. 9). The Parties believe that judicial economy and the interests of the Parties would be served by a stay of the action while the Parties pursue resolution.

      The Court has not yet issued a scheduling order, and this requested 60-day stay of all case deadlines, including Defendant's January 8 deadline to respond to the Complaint, does not affect any other dates.

      Respectfully submitted,

By: /s/ Jeffrey Landis
     Jeffrey Landis
     ZWILLGEN PLLC
     1900 M Street NW, Suite 250
     Washington, DC 20036
     Telephone: (202) 296-3585
     jeff@zwillgen.com
     *Counsel for Peacock TV LLC*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
January 4, 2024
New York, New York

CC: All counsel of record (via ECF)