

1900 M Street NW, Suite 250, Washington, DC 20036
(202) 296 3585

Jeffrey G. Landis
(202) 706-5203
jeff@zwillgen.com

February 16, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/21/24
```

MEMO ENDORSED

*Via ECF*
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

  Re: Second Consent Request to Stay All Case Deadlines
     *Winston v. Peacock TV LLC*, Case No. 1:23-cv-08191-ALC

Dear Judge Carter:

  Pursuant to Federal Rule of Civil Procedure 6(b)(1), Local Rule 7.1(d), and the Court's Individual Practices, Defendant Peacock TV LLC ("Defendant") and Plaintiff Holly Winston ("Plaintiff") (jointly, the "Parties"), seek an additional 45-day stay of all case deadlines, through and including April 5, 2024, while the Parties participate in a mediation scheduled for March 11, 2024.

  On December 22, 2023, the Parties requested a 60-day stay of all case deadlines, including Defendant's deadline to respond to Plaintiff's Complaint, while the Parties explored the possibility of a resolution to this matter (ECF No. 10). On January 4, 2024, the Court granted the 60-day stay through and including February 20, 2024 (ECF No. 11). The Parties believe that judicial economy and the interests of the Parties would be served by an additional 45-day stay of the action while the Parties participate in a mediation on March 11, 2024.

  The Court has not yet issued a scheduling order, and this requested 45-day stay of all case deadlines does not affect any other dates.

Sincerely,

By: /s/ *Jeffrey Landis*
    Jeffrey Landis
    ZWILLGEN PLLC
    1900 M Street NW, Suite 250
    Washington, DC 20036
    Telephone: (202) 296-3585
    jeff@zwillgen.com
    *Counsel for Peacock TV LLC*

CC: All counsel of record (via ECF)

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 21, 2024
New York, New York