

1900 M Street NW, Suite 250, Washington, DC 20036
(202) 296 3585

**MEMO ENDORSED**

Jeffrey G. Landis
(202) 706-5203
jeff@zwillgen.com

April 1, 2024

*Via ECF*
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/19/24

    Re:    Third Consent Request to Stay All Case Deadlines
             *Winston v. Peacock TV LLC*, Case No. 1:23-cv-08191-ALC

Dear Judge Carter:

    Pursuant to Federal Rule of Civil Procedure 6(b)(1), Local Rule 7.1(d), and the Court's Individual Practices, Defendant Peacock TV LLC ("Defendant") and Plaintiff Holly Winston ("Plaintiff") (jointly, the "Parties"), seek an additional 45-day stay of all case deadlines, through and including May 20, 2024, while the Parties finalize the details of a tentative settlement agreement reached during mediation on March 11, 2024.

    On December 22, 2023, the Parties requested a 60-day stay of all case deadlines, including Defendant's deadline to respond to Plaintiff's Complaint, while the Parties explored the possibility of a resolution to this matter (ECF No. 10). On January 4, 2024, the Court granted the 60-day stay through and including February 20, 2024 (ECF No. 11). On February 16, 2024, the Parties requested an additional 45-day stay to allow for the scheduled mediation on March 11, 2024 (ECF No. 12), and the Court granted this request on February 21, 2024 (ECF No. 13). The Parties believe that judicial economy and the interests of the Parties would be served by an additional 45-day stay of the action while the Parties finalize the details of the tentative agreement reached during mediation.

    The Court has not yet issued a scheduling order, and this requested 45-day stay of all case deadlines does not affect any other dates.

        Sincerely,

        By: /s/ *Jeffrey Landis*
         Jeffrey Landis
         ZWILLGEN PLLC
         1900 M Street NW, Suite 250
         Washington, DC 20036
         Telephone: (202) 296-3585
         jeff@zwillgen.com

CC: All counsel of record (via ECF)  *Counsel for Peacock TV LLC*

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 19, 2024
New York, New York

2