

1900 M Street NW, Suite 250, Washington, DC 20036
(202) 296 3585

Jeffrey G. Landis
(202) 706-5203
jeff@zwillgen.com

**MEMO ENDORSED**

May 16, 2024

*Via ECF*
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/30/24

  Re: Fourth Consent Request to Stay All Case Deadlines
     *Winston v. Peacock TV LLC*, Case No. 1:23-cv-08191-ALC

Dear Judge Carter:

  Pursuant to Federal Rule of Civil Procedure 6(b)(1), Local Rule 7.1(d), and the Court's Individual Practices, Defendant Peacock TV LLC ("Defendant") and Plaintiff Holly Winston ("Plaintiff") (jointly, the "Parties"), seek an additional 30-day stay of all case deadlines, through and including June 19, 2024, while the Parties finalize the details of a tentative settlement agreement reached during mediation on March 11, 2024.

  On December 22, 2023, the Parties requested a 60-day stay of all case deadlines, including Defendant's deadline to respond to Plaintiff's Complaint, while the Parties explored the possibility of a resolution to this matter (ECF No. 10). On January 4, 2024, the Court granted the 60-day stay through and including February 20, 2024 (ECF No. 11). On February 16, 2024, the Parties requested an additional 45-day stay to allow for the scheduled mediation on March 11, 2024 (ECF No. 12), and the Court granted this request on February 21, 2024 (ECF No. 13). On April 1, 2024, the Parties requested an additional 45-day stay to prepare a settlement agreement memorializing the tentative agreement reached during mediation (ECF No. 14), and the Court granted this request on April 19, 2024 (ECF No. 17). The Parties believe that judicial economy and the interests of the Parties would be served by an additional 30-day stay of the action while the Parties finalize the details of the settlement agreement.

  The Court has not yet issued a scheduling order, and this requested 30-day stay of all case deadlines does not affect any other dates.

                      Sincerely,

                    By: /s/ *Jeffrey Landis*
                        Jeffrey Landis
                        ZWILLGEN PLLC
                        1900 M Street NW, Suite 250
                        Washington, DC 20036
                        Telephone: (202) 296-3585
                        jeff@zwillgen.com

CC: All counsel of record (via ECF)     *Counsel for Peacock TV LLC*

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 30, 2024
New York, New York

2