## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLLY WINSTON, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>PEACOCK TV LLC,<br><br>                Defendant. | Civil Action No.: 1:23-cv-08191-ALC<br><br>Hon. Andrew L. Carter, Jr. |

## NOTICE OF MOTION AND MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 21, 2024, at 2:00 p.m. Eastern Time before the Honorable Andrew L. Carter, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Plaintiff Holly Winston, by and through Class Counsel will move and hereby does move for an order:  (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon:  (1) the accompanying Memorandum of Law; and (2) the Declaration of Neal J. Deckant (the "Deckant Decl."), and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement and its exhibits).

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

A Proposed Preliminary Approval Order is submitted herewith.

Dated: October 31, 2024          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _____*/s/ Neal J. Deckant*_____
            Neal J. Deckant

**BURSOR & FISHER, P.A.**
Neal J. Deckant
1990 North California Boulevard, 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC**
Adrian Gucovschi
Benjamin Rozenshteyn
140 Broadway, Suite 4667
New York, NY 10111
Telephone: (212) 884-4230
Email: adrian@gr-firm.com
        ben@gr-firm.com

*Class Counsel*

2